UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
BRENDA E. CANADA, :
:
                                Plaintiff, : 18-CV-11635 (JMF)
:
        -v- : ORDER
:
PERKINS COIE LLP, :
:
                              Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that Plaintiff's motion to file the EEO Charge in redacted form is temporarily GRANTED to preserve the status quo while the Court considers its merits. To that end, Defendant is directed to respond to Plaintiff's motion to seal by letter-brief, not to exceed three pages, no later than **April 1, 2019.**

      The Clerk of Court is directed to change the status of Docket No. 5 to "court-view only" pending further order of the Court, and to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: March 21, 2019
      New York, New York
                                                  JESSE M. FURMAN
                                              United States District Judge