# EXHIBIT A



March 23, 2015

TO:     Brenda E. Canada

FROM:   Cynthia Lopez

RE:     **Unprofessional Communication - Corrective Action Plan**

---

We have had several discussions with you concerning your unprofessional interaction and communications with others including the following:

- An email exchange with Darrin Emerick, Chief Personnel Officer, on Thursday, January 23, 2014;

- A meeting with Lori Rulapaugh and myself on Monday, June 2, 2014; and

- Your July 2014 performance debriefing.

On Monday, March 9, 2015, another incident of unprofessional behavior with peers, attorneys occurend followed by another example of unprofessional behavior occurred with Lori Rulapaugh on Wednesday, March 11, 2015.

Despite our previous conversations indicating you need to stop such behavior, you continue to demonstrate unprofessional behavior with interactions with others. Examples of performance problems as described below are unacceptable:

- You do not exhibit effective customer service skills with colleagues or your supervisor. You do not effectively exchange information or make requests to achieve successful results. You display an insubordinate demeanor in your communications;

- You fail to take ownership of unprofessional exchanges or accept constructive feedback to use as professional growth opportunities;

- You have demonstrated a demeanor that does not contribute to a professional and productive work environment; and

- You continue to interact with colleagues and your supervisor in an unprofessional and inappropriate manner.

This memo is to inform you that your manner of interaction and communication is unacceptable, and to provide you with a Corrective Action Plan to address these deficiencies. The following outlines the improvement goals that must be achieved immediately:

- You must communicate with colleagues, including attorneys and your supervisor in a professional, courteous and respectful manner;

- You must maintain a professional behavior and refrain from disruptive or uncooperative interactions with others. We encourage you to utilize resources available to you to address these issues, including the firm's Skillport system for communication enhancement information and tools and our Employee Assistance Program for guidance or additional resources; and

- You are required to meet with Cynthia Lopez on a weekly basis for the duration of this Corrective Action Plan in order to evaluate your progress in the areas noted above.

Effective immediately, you are being placed on a 60-day probationary period, ending on Tuesday, May 19, 2015. You must make significant, immediate and sustained improvement in these work performance areas. If the improvement goals listed above are not met and if that improvement is not sustained beyond the probationary period, further disciplinary action will be taken, up to and including termination of your employment with Perkins Coie.

Receipt Acknowledged: *Brenda E. Canada*   Date: March 23, 2015
Brenda E. Canada

Cc: Brenda E. Canada's Personnel File

-2-