# EXHIBIT C

|  |  |
|---|---|
|  | supposed to go out to lunch. So, Charles said to ask him when he is available again. So, I ask him and he said 6. So, I tell the client 6pm. Then he gets mad. When I told everyone that, people were taken back. Even Martin was taken back, so I had to tell him what was going on because he is internal. |
| Nakia: | Definitely talk to him. |
| Brenda: | There is more, I can't hear myself... I knew I needed to talk to you before I do that. Thanks. |
| Brenda: | When I opened this up, um I didn't open this document you gave me. What I saw on the system wasn't 5. When I went to make the changes, this is not the right document. Do you have a .doc? |
| Charles: | Yes. |
| Brenda: | So you saw a version 5. Oh, okay. I actually sat with Patti. Yes, but you did not send me a document. I just have this. You didn't send me a document. That's what I am looking for. I don't want to make any mistakes. I think I can do it by myself now. |
| Charles: | Oh, you think so, alright... |
| Brenda: | Well, I mean... you know. I have versioned up already. To a 6 because the 5 was there when you looked. |
| Charles: | Okay, the 5 was there when you looked. Take the clean. |
| Brenda: | 12580 is humextrus, right? I've got to make sure. |
| Charles: | I don't know them by hard. |
| Brenda: | It's too much. That's why I have the chart. |
| Charles: | You have her clean and save that now as her version 6. Cut/paste to version 6. Then if you compared them, you will see her changes. Then make my changes to her changes. |
| Brenda: | See that's why I had to sit with Patti. That's when it gets confusing. We're talking about your changes and her changes. |
| Charles: | This is the clean. Her version is version 6. You want to black line it. Hey why don't you come to my desk? |
| Brenda: | Okay. I was working on something for Paul Cohen real quick. |
| Charles: | Let's get her email up. |
| Brenda: | I have a version 6 that is available. There it is... 12580. |

April 22, 2016

==the sections he has to fill out and I was told that is what's proper to do, so.  Because how else am I going to give him the form, so I converted it.== ==Jeff yell out, "she doesn't know they are your client man!"==

| | |
|---|---|
| Brenda: | Hey, more problems? |
| Abdon: | I'm here to change the toner. |
| Brenda: | Alright, cool.  Thank you, Abdon. |
| Charles: | See this?  Ask me before you send it. |
| Brenda: | He said he was fine with it? |
| Charles: | No, but they're a client it's a very big relationship. |
| Brenda: | I had no idea… |
| Charles: | It's a very big relationship. |
| Brenda: | I had no idea, but thanks for telling me.  I think he offered in there.  I think he was just trying to help, yea.  I think he was. |
| Charles: | I don't know.  Last year we just made it out to JMC |
| Brenda: | Is that what you did? |
| Charles: | Yea |
| Brenda: | Well, okay |
| Charles: | We'll do work for them |
| Brenda: | We'll be doing the invoice.  I'll be asking Mr. Baird for the invoice.  So, they'll tell me.  So now what I need to do because he provided everything, I need to go in there so when I run into that question… |
| ==Charles:== | ==So, you know this process now?== |
| Brenda: | …I need to sit down and do it.  I do.  Would you like for me to do it over all the *other* stuff I have here? |
| Charles: | What do you have to do? |
| Brenda: | This is just my stuff right here.  I have new matters to open. |
| Charles: | What do you have to do with that? |

| | |
|---|---|
| | keeping the files intact, obviously you know how to do the engagement letters and then in terms of Excel, you should be familiar. |
| Brenda: | Yea, I know how to use Excel. |
| Charles: | and PowerPoint is an important one. |
| Brenda: | Yea, I know how to use PowerPoint. So, you're needing me to start one, flip out pages, run it? |
| Charles: | It depends on when I need a deck. Being good with PowerPoint makes you do that fast, right and that's helpful to me. |
| Brenda: | Gotcha. |
| Charles: | I wanted to add those two because I think they teach classes somewhere on those. |
| Brenda: | Um well, I know how to use PowerPoint, but I don't know how to run it anymore. I haven't had to run it. But, I mean, I can start one, I can type it up, but are you looking for a certain style of the…? |
| Charles: | What I am looking for is for you to get really good at it, so I won't have to show you. |
| Brenda: | So, you're looking for me to take a beginning because I really haven't used it in a while even though I know how to use it? But I can still go start from there. |
| Charles: | Knowing how to use it in general is different than knowing how to do it really well that it's quick for you. Right, because then if it's quick for you, it's easy, I don't have to explain it to you much and you can get it right the first time. [He's assuming he'll have to do that, how sad. I said I know how to do it, so would never ask him or anyone else for that matter. At my current job, I was asked by one of my Sr. Partner's to make several changes on a PowerPoint, I had not one problem "completing the task" and never took not one "refresher course" in the two years since I left Perkins] |
| Brenda: | And I'm one of those people, get it right the first time. |
| Charles: | We as lawyers have to take CLEs all the time and I think incumbent upon everyone to make sure. Look, there's technology that's coming on-board that you don't know about that we're using. You'll get smart on that one. Well, that's kind of the skillset we're using … |
| Brenda: | In this practice group. |
| Charles: | By the way, for you personally it makes you more sort of attractive… |

April 22, 2016

| | |
|---|---|
| Brenda: | More marketable. I mean that's how I am actually. I know how to do acrobat professional really well. That's what I needed to know, what do you need me to do in this practice group. |
| Charles: | Thank you Jeffrey. Look I'm going to head out and get back online after… |
| Brenda: | So those are the important things. I am going to go ahead and get the sponsorship done today and they are passing them off. They were basically forgetting that I had all those other people on my desk, so they are rearranging all of that kind of stuff so. So, I can try and focus on this department. |
| Charles: | Awesome. |
| Brenda: | Thank you. So, if I have questions about this, I will just email you. |
| Charles: | Or, come in and talk. I mean I've got hundreds of them a day. |
| Brenda: | But because I was trying to release this today. Unless you're wanting me to release it on Monday. You want it released today, right? |
| Charles: | Yea |
| Brenda: | Exactly, that's what I got. Thank you. [Now after all this, you would think that everything is okay, but oh no….] |