# EXHIBIT D

**PERKINSCOie**
COUNSEL TO GREAT COMPANIES



# MICHAEL SUSSMANN
# PARTNER

**WASHINGTON, D.C.**
T +1.202.654.6200
D +1.202.654.6333
F +1.202.654.9127

**VCARD • EMAIL**

Michael Sussmann is a partner in the Privacy and Data Security Practice at Perkins Coie LLP, focusing on consumer privacy, computer and network intrusions, Internet- and technology-related investigations, surveillance and regulatory compliance and national security issues. Michael is a nationally recognized privacy lawyer who is often quoted in front-page *New York Times, Washington Post* and *Wall Street Journal* stories and has appeared on NPR's *The Diane Rehm Show* and other media outlets. He has provided Congressional testimony and has been ranked as a Privacy and Data Security Expert in the *Chambers Global* and *Chambers USA* directories.

Michael's practice focuses on all aspects of consumer privacy. He regularly conducts extensive corporate privacy reviews and has represented FORTUNE 10, 50 and 100 companies in FTC, Department of Justice and State Attorney General investigations of civil and criminal privacy violations. He investigates and takes legal action (including law enforcement referrals) regarding Internet crimes, manages technology-related litigation and responds to Congressional inquiries and investigations.

# Professional Recognition

- Listed in *Chambers Global* and *Chambers USA: America's Leading Lawyers for Business*

# Areas of Focus

**PRACTICES**
- Privacy & Security Law
- IP Enforcement Programs
- White Collar Law & Investigations
- Israel Practice

*[Handwritten note:]* To add insult to injury, did I need this guy to come out of Charles' office one evening and say, "This is just a hypothetical, but what would you do if I had food on my shirt and I was attending a function?"

**INDUSTRIES**
- Communications
- Interactive Entertainment
- Internet of Things (IoT)
- IoT: Interactive Entertainment
- IoT: Communications

# Bar and Court Admissions

- District of Columbia
- New York
- U.S. Supreme Court
- U.S. Court of Appeals for the Second Circuit
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Southern District of New York

# Education

- Brooklyn Law School, J.D., 1989
- Rutgers, The State University of New Jersey, B.S., Accounting, 1986

# Highlights



Ranked In CHAMBERS GLOBAL - 2014 - Michael Sussmann