# EXHIBIT E

## Canada, Brenda  (Perkins Coie)

| | |
|---|---|
| From: | Lopez, Cynthia  (Perkins Coie) |
| Sent: | Wednesday, September 17, 2014 4:28 PM |
| To: | Baker, Ann S.  (Perkins Coie) |
| Cc: | Canada, Brenda  (Perkins Coie) |
| Subject: | Brenda will stay tonight to assist you |

Thank you Brenda. Have a good night.

**Cynthia Lopez | Perkins Coie LLP**
PERSONNEL MGR./LEGAL RECRUITER
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com

PERKINSCOie



Twelve Consecutive Years on FORTUNE® Magazine's "100 Best Companies to Work For"™ 2014

110

## Canada, Brenda  (Perkins Coie)

| | |
|---|---|
| **From:** | Lopez, Cynthia  (Perkins Coie) |
| **Sent:** | Monday, October 27, 2014 9:40 AM |
| **To:** | Canada, Brenda  (Perkins Coie) |
| **Subject:** | RE: Hi Cynthia, I just completed the big project w/Matt Lawrence.  Will stay till 6pm to cleanup.  I will be making up the 30 min from earlier this week |

Thank you.

**Cynthia Lopez | Perkins Coie LLP**
PERSONNEL MGR./LEGAL RECRUITER
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com
PERKINSCOIE



Twelve Consecutive Years on FORTUNE® Magazine's "100 Best Companies to Work For"™ 2014

**From:** Canada, Brenda (Perkins Coie)
**Sent:** Friday, October 24, 2014 5:40 PM
**To:** Lopez, Cynthia (Perkins Coie)
**Subject:** Hi Cynthia, I just completed the big project w/Matt Lawrence. Will stay till 6pm to cleanup. I will be making up the 30 min from earlier this week

**Brenda Canada | Perkins Coie LLP**
LEGAL SECRETARY TO
YENYUN FU | AGATHA LIU | NAKIA HUMPHREY |
CAROLINE CAMP | SAMEER PAI | TARYN BOLLERS
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6818
F. +1.212.399.8018
E. BCanada@perkinscoie.com
PERKINSCOIE

**Canada, Brenda  (Perkins Coie)**

| | |
|---|---|
| **From:** | Lopez, Cynthia  (Perkins Coie) |
| **Sent:** | Wednesday, October 29, 2014 1:33 PM |
| **To:** | Torres, Diana  (Perkins Coie) |
| **Cc:** | Canada, Brenda  (Perkins Coie) |
| **Subject:** | RE: FYI |

Ok, thank you Brenda.

**Cynthia Lopez | Perkins Coie LLP**
PERSONNEL MGR./LEGAL RECRUITER
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com
PERKINSCOIe

  Twelve Consecutive Years on FORTUNE® Magazine's "100 Best Companies to Work For"™ 2014

---

**From:** Torres, Diana (Perkins Coie)
**Sent:** Wednesday, October 29, 2014 1:28 PM
**To:** Lopez, Cynthia (Perkins Coie)
**Cc:** Canada, Brenda (Perkins Coie)
**Subject:** FYI

Hi Cynthia, Richard asked for overtime so someone can help him with his time entries.  Brenda will be staying for him tonight.

Thanks!

**Diana Torres | Perkins Coie LLP**
LEGAL SECRETARY
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
D. +1.212.261.6803
F. +1.212.977.1636
E. Dtorres@perkinscoie.com
PERKINSCOIe

Canada, Brenda  (Perkins Coie)
___

**From:** Lopez, Cynthia  (Perkins Coie)
**Sent:** Thursday, October 30, 2014 1:36 PM
**To:** Canada, Brenda  (Perkins Coie)
**Subject:** RE: Time entries - Brenda

Thank you.

**Cynthia Lopez | Perkins Coie LLP**
PERSONNEL MGR./LEGAL RECRUITER
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com
PERKINSCOIe



Twelve Consecutive Years on FORTUNE® Magazine's "100 Best Companies to Work For"™ 2014

---

**From:** Canada, Brenda (Perkins Coie)
**Sent:** Thursday, October 30, 2014 1:35 PM
**To:** Lopez, Cynthia (Perkins Coie)
**Subject:** FW: Time entries - Brenda

Hi there,

See below.  I did not work overtime yesterday evening.

**Brenda Canada | Perkins Coie LLP**
LEGAL SECRETARY TO
YENYUN FU | AGATHA LIU | NAKIA HUMPHREY |
CAROLINE CAMP | SAMEER PAI | TARYN BOLLERS
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6818
F. +1.212.399.8018
E. BCanada@perkinscoie.com
PERKINSCOIe

---

**From:** Ross, Richard T. (Perkins Coie)
**Sent:** Wednesday, October 29, 2014 5:23 PM
**To:** Torres, Diana (Perkins Coie)
**Cc:** Canada, Brenda (Perkins Coie)
**Subject:** Re: Time entries - Brenda

I will be e-mailing my time entries overnight. So, Brenda you should feel free to go home.

On Oct 29, 2014, at 12:11 PM, Torres, Diana (Perkins Coie) <DTorres@perkinscoie.com> wrote:

Hi Richard, Brenda will be staying for you tonight to help with your time entries.  Please email her if your entries are ready after 5pm.

Thank you!

**Diana Torres | Perkins Coie LLP**
LEGAL SECRETARY
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
D. +1.212.261.6803
F. +1.212.977.1636
E. Dtorres@perkinscoie.com

# Canada, Brenda  (Perkins Coie)

| | |
|---|---|
| **From:** | Lopez, Cynthia  (Perkins Coie) |
| **Sent:** | Monday, November 03, 2014 1:14 PM |
| **To:** | Canada, Brenda  (Perkins Coie) |
| **Cc:** | Torres, Diana  (Perkins Coie) |
| **Subject:** | RE: Overtime Tonight/Time Sheet |

Thanks. No just leave your sheets in my office. Thanks.

**From:** Canada, Brenda (Perkins Coie)
**Sent:** Monday, November 03, 2014 12:12 PM
**To:** Lopez, Cynthia (Perkins Coie)
**Cc:** Torres, Diana (Perkins Coie)
**Subject:** Overtime Tonight/Time Sheet
**Importance:** High

Hi there,

I have agreed again to stay late tonight to help enter time for Richard.  Diana says she will do as much as she can and then I will take over from there.

Also, were we supposed to scan our timesheets to you or Lori?

Thanks,

**Brenda Canada | Perkins Coie LLP**
LEGAL SECRETARY TO
YENYUN FU | AGATHA LIU | NAKIA HUMPHREY |
CAROLINE CAMP | SAMEER PAI | TARYN BOLLERS
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6818
F. +1.212.399.8018
E. BCanada@perkinscoie.com
**PerkinsCoie**

## Canada, Brenda (Perkins Coie)

| | |
|---|---|
| **From:** | Lopez, Cynthia (Perkins Coie) |
| **Sent:** | Tuesday, February 03, 2015 6:16 PM |
| **To:** | Canada, Brenda (Perkins Coie) |
| **Subject:** | RE: Leaving for the day. Had to complete Gavin's time |

Ok, thank you. Safe home!

**Cynthia Lopez | Perkins Coie LLP**
ASSISTANT OFFICE ADMINISTRATOR
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com
PERKINSCOIe


Twelve Consecutive Years on FORTUNE® Magazine's "100 Best Companies to Work For"™ 2014

**From:** Canada, Brenda (Perkins Coie)
**Sent:** Tuesday, February 03, 2015 6:15 PM
**To:** Lopez, Cynthia (Perkins Coie)
**Subject:** Leaving for the day. Had to complete Gavin's time

**Brenda Canada | Perkins Coie LLP**
LEGAL SECRETARY TO
YENYUN FU | AGATHA LIU | NAKIA HUMPHREY |
CAROLINE CAMP | SAMEER PAI | TARYN BOLLERS
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6818
F. +1.212.399.8018
E. BCanada@perkinscoie.com
PERKINSCOIe

## Canada, Brenda  (Perkins Coie)

**From:** Lopez, Cynthia  (Perkins Coie)
**Sent:** Friday, February 06, 2015 5:14 PM
**To:** Canada, Brenda  (Perkins Coie)
**Subject:** RE: Yenyun's Office

Thank you I appreciate you taking care of that.  Have a great weekend.

**Cynthia Lopez | Perkins Coie LLP**
ASSISTANT OFFICE ADMINISTRATOR
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com
PERKINSCOIE

 Twelve Consecutive Years on FORTUNE® Magazine's "100 Best Companies to Work For"™ 2014

---

**From:** Canada, Brenda (Perkins Coie)
**Sent:** Friday, February 06, 2015 5:09 PM
**To:** Lopez, Cynthia (Perkins Coie)
**Subject:** Yenyun's Office

Hey there,

I have finally removed everything out of that office today, so it is now ready for visitors!

I moved the clothes designated for donation to one of the empty secretary stations.  However, do you think we should simply throw them out if there is nowhere in midtown that will pick-up?

I did throw out clothes, etc... already that were not in any condition to donate.

All the items Yenyun wants are in my station.  She will let me know when she's ready to get them.

Sincerely,

**Brenda Canada | Perkins Coie LLP**
LEGAL SECRETARY TO
CHRIS GAVIN | AGATHA LIU | NAKIA HUMPHREY |
CAROLINE CAMP | SAMEER PAI | TARYN BOLLERS
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6818
F. +1.212.399.8018
E. BCanada@perkinscoie.com
PERKINSCOIE

36

# Canada, Brenda  (Perkins Coie)

| | |
|---|---|
| **From:** | Lopez, Cynthia  (Perkins Coie) |
| **Sent:** | Wednesday, February 18, 2015 5:46 PM |
| **To:** | Canada, Brenda  (Perkins Coie) |
| **Subject:** | Re: Cynthis, I plan to stay to type Chris's time entries.  This okay? |

Sure.

Cynthia Lopez

On Feb 18, 2015, at 5:20 PM, Canada, Brenda (Perkins Coie) <BCanada@perkinscoie.com> wrote:

**Brenda Canada | Perkins Coie LLP**
LEGAL SECRETARY TO
CHRIS GAVIN | AGATHA LIU | NAKIA HUMPHREY |
CAROLINE CAMP | SAMEER PAI | TARYN BOLLERS
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6818
F. +1.212.399.8018
E. BCanada@perkinscoie.com

## Canada, Brenda (Perkins Coie)

**From:** Lopez, Cynthia (Perkins Coie)
**Sent:** Friday, February 27, 2015 4:22 PM
**To:** Canada, Brenda (Perkins Coie)
**Subject:** RE: 5-Cut Blank Tabs/Process to Print them at the Network Printer

This is wonderful. Thanks for sharing. I will work on getting that up and running.

**Cynthia Lopez | Perkins Coie LLP**
ASSISTANT OFFICE ADMINISTRATOR
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com
PerkinsCoie



Twelve Consecutive Years on FORTUNE® Magazine's "100 Best
Companies to Work For"™ 2014

---

**From:** Canada, Brenda (Perkins Coie)
**Sent:** Friday, February 27, 2015 4:14 PM
**To:** Lopez, Cynthia (Perkins Coie)
**Subject:** FW: 5-Cut Blank Tabs/Process to Print them at the Network Printer
**Importance:** High

Yep, you had not started working here yet.

**Brenda Canada | Perkins Coie LLP**
LEGAL SECRETARY TO
CHRIS GAVIN | AGATHA LIU | NAKIA HUMPHREY |
CAROLINE CAMP | SAMEER PAI | TARYN BOLLERS
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6818
F. +1.212.399.8018
E. BCanada@perkinscoie.com
PerkinsCoie

---

**From:** Canada, Brenda (Perkins Coie)
**Sent:** Monday, October 28, 2013 11:25 AM
**To:** Rulapaugh, Lori (Perkins Coie); Watson, Melody K. (Perkins Coie)
**Cc:** Hansen, Nathan (Perkins Coie); McMillian, Matthew (Perkins Coie); Payne, Katharine (Perkins Coie)
**Subject:** 5-Cut Blank Tabs/Process to Print them at the Network Printer
**Importance:** High

Hi Lori/Melody,

I am writing to ask if okay to put the attached flyer on the wall above the Canon printer *(2244)* so that anyone who needs to use this process can easily read the instructions to do so? This is something I asked to have in place when Katharine Payne was here. She and I, with the help of Nathan Hansen, completed much testing until she left, then I worked directly with Nathan. He ultimately created the flyer for us.

17

The process of printing tabs professionally is actually a two-step process. Because the first step involves setting the copier up to use tray 3 for tabs only, we should make this a permanent tray for tabs and make tray 4 for 8 ½ x 14 and 11 x 17 *(Matt and a few others say that 11 x 17 is rarely, if at all, used)*. That way, we would not have to continue to complete the set-up of tray 3 for tabs, only to have to return tray 3 to its original state each time, which results in several steps. Thus, the reason for the one instruction flyer. The steps on the flyer, once set up, work great at either "5/8" or "11/16." Once a project is completed, pressing the reset button will return the copier menu back to its original setting, allowing anyone to step up and select their menu choice.

In my third week here, I had a few projects and noticed right away that this office did not have what I needed in order to put out a professional project because the current tabs available are not meant for projects that will ultimately go outside this office. Luckily, Matthew had a few 5-Cut Blank Tabs available so I end up using all of those where I could get 5 tabs in sequence *(using Avery labels/my template)*.

Since I needed more soon, I contacted someone from the Seattle office to have them send me a supply of these tabs to use/share *(I've learned that Allen, Simone, and Joel want to use these tabs/process, which will save this office money by keeping it in-house)*. I also asked who they purchase them from and the company is: www.tabstogo.com. They are a local company in Auburn, WA.

Note-we can also use various sets of tabs *(I believe up to 20-Cut tabs)*. The printer has the option to choose.

Let me know what you think and if I can post the flyer today. Once in place, I will share all my templates I used in Seattle and also make myself available to train people, as needed. Unless, of course, you would like for Nathan to travel here for training sessions and implement anything else he sees that needs to be added to the copiers. ☺

Thanks,

**Brenda E. Canada | Perkins Coie LLP**
**LEGAL SECRETARY TO**
**YENYUN FU | AGATHA LIU | NAKIA HUMPHREY**
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0085
☎: 212.261.6818
📠: 212.399.8018
✉: BCanada@perkinscoie.com



Eleven Consecutive Years on FORTUNE® Magazine's
"100 Best Companies to Work For"™ 2013

18

# Canada, Brenda  (Perkins Coie)

| | |
|---|---|
| **From:** | Lopez, Cynthia  (Perkins Coie) |
| **Sent:** | Monday, April 13, 2015 4:41 PM |
| **To:** | Canada, Brenda  (Perkins Coie); Bliss, Patricia  (Perkins Coie) |
| **Subject:** | Conference Room Binders for SEA/HQ |
| **Attachments:** | Conference Room Garage and Parking .docx; Conference Room Seattle Visitor .docx; Conference Room Welcome letter.docx; Conference Room Printing and Copies .docx; Conference Room AV Instructions for Multipurpose Rooms.docx; Confernece Room Guest Wireless - V.docx; Conference Room Building & Safety .docx; Conference Room Presentation instructions.docx; Conference Room AV Instructions for basic rooms.docx; Conference Room Technology .docx; Conference Room Speakerphone Instructions Tip Sheet.docx; Conference Room Supplies.docx; Conference Room Maps 48 & 49 .docx; Conference Room Food & Hospitality.docx; Conference Room Contacts.docx |
| **Categories:** | Red Category |

Good Afternoon Brenda & Patti,

Thank you for both volunteering to take on this project one. As you will see I have attached the templates that the Seattle office uses. Keeping in mind that not everything is relevant to what we have here it the NY office, so there will be some customization on your part. I still would like to make sure that everything we currently include in the book we keep.  Please note that we should not include the personal phone number information for the employees that we have on the phone list in the book.

If you need me to reach out to any groups, such as Service or AV to obtain information relevant to their piece, please let me know. If you are unsure if you should include it, just let me know and I will be able to give you direction. Let's try to have it done by mid-May, but maybe meet in a couple of weeks to look at progress.

Thanks again for your assistance.

**Cynthia Lopez | Perkins Coie LLP**
ASSISTANT OFFICE ADMINISTRATOR
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com
PerkinsCoie



Thirteen Consecutive Years on FORTUNE® Magazine's "100 Best Companies to Work For"™ 2015

1

**Canada, Brenda  (Perkins Coie)**

| | |
|---|---|
| From: | Lopez, Cynthia  (Perkins Coie) |
| Sent: | Monday, May 04, 2015 5:39 PM |
| To: | Canada, Brenda  (Perkins Coie) |
| Cc: | Bliss, Patricia  (Perkins Coie) |
| Subject: | RE: Your Project |

91004-0047 - New York Office Administration.  If you can create a subfolder Visitor Book.  Thank you.

**Cynthia Lopez | Perkins Coie LLP**
ASSISTANT OFFICE ADMINISTRATOR
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com
PERKINSCOIE



Thirteen Consecutive Years on FORTUNE® Magazine's "100 Best Companies to Work For"™ 2015

---

**From:** Canada, Brenda (Perkins Coie)
**Sent:** Monday, May 04, 2015 5:33 PM
**To:** Lopez, Cynthia (Perkins Coie)
**Cc:** Bliss, Patricia (Perkins Coie)
**Subject:** Your Project

Hi Cynthia,

Can you let us know which DMS folder these should be saved to as we complete them?

Sincerely,

**Brenda Canada | Perkins Coie LLP**
LEGAL SECRETARY TO
MICHAEL SMITH | AGATHA LIU | NAKIA HUMPHREY |
| SAMEER PAI | TARYN BOLLERS
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6818
F. +1.212.399.8018
E. BCanada@perkinscoie.com
PERKINSCOIE

---

**From:** PS Elevate
**Sent:** Sunday, May 03, 2015 1:25 AM
**To:** Canada, Brenda (Perkins Coie)
**Cc:** PS Elevate
**Subject:** Job Complete (22893)

Hi Brenda,

1

**Canada, Brenda  (Perkins Coie)**

| | |
|---|---|
| **From:** | Canada, Brenda  (Perkins Coie) |
| **Sent:** | Friday, September 11, 2015 5:44 PM |
| **To:** | Lopez, Cynthia  (Perkins Coie); *NYC22TEAM |
| **Subject:** | RE: |

I don't know if you are looking for explanations, but for myself that day, I had a dental appointment during my lunch hour at 1pm, so did not respond.

Once I returned, I did not revisit it because there were others still in the office.

It may be best that all timekeepers send an email out to both floors to ensure full coverage because the office is still small.  Also, I see a bit of confusion in that Shan sent it out to 22 when Jonathan works on floor 25.  For me, my timekeeper on 25 knows to ask 22 for assistance because I work on 22 or send to both floors.

Your thoughts…

**Brenda Canada | Perkins Coie LLP**
LEGAL SECRETARY TO
MICHAEL SMITH | AGATHA LIU | NAKIA HUMPHREY |
| SAMEER PAI | TARYN BOLLERS
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6818
F. +1.212.399.8018
E. BCanada@perkinscoie.com

PerkinsCoie

---

**From:** Lopez, Cynthia (Perkins Coie)
**Sent:** Friday, September 11, 2015 5:15 PM
**To:** *NYC22TEAM
**Subject:** FW:

Good Afternoon,

I was out of the office this day and did not realize that no one responded to this request.  I cannot express the importance of a timely request for help with assignments.  If you are unable to provide assistance, please privately email me.  Thank you for your assistance.

**Cynthia Lopez | Perkins Coie LLP**
ASSISTANT OFFICE ADMINISTRATOR
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com

PerkinsCoie

Thirteen Consecutive Years on FORTUNE® Magazine's "100 Best Companies to Work For"™ 2015

---

**From:** Haider, Shan A. (Perkins Coie)
**Sent:** Friday, September 04, 2015 12:48 PM

1

**To:** *NYC22TEAM
**Cc:** Gavin, Chris (Perkins Coie)
**Subject:**

Is anyone available to help in touching up a few tables that I converted to word from PDF?

Best,

Shan

**Shan Haider | Perkins Coie LLP**
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.262.6904
F. +1.212.977.1634
E. SHaider@perkinscoie.com
www.perkinscoie.com

2

# Canada, Brenda (Perkins Coie)

| | |
|---|---|
| From: | Canada, Brenda (Perkins Coie) |
| Sent: | Friday, September 11, 2015 5:46 PM |
| To: | Lopez, Cynthia (Perkins Coie); *NYC22TEAM |
| Subject: | RE: |

I forgot to also say...

When timekeepers are asking for assistance, they should actually attach what they have and explain a little more so that we can figure out if we actually have time.

**Brenda Canada | Perkins Coie LLP**
LEGAL SECRETARY TO
MICHAEL SMITH | AGATHA LIU | NAKIA HUMPHREY |
| SAMEER PAI | TARYN BOLLERS
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6818
F. +1.212.399.8018
E. BCanada@perkinscoie.com

PERKINSCOIE

---

**From:** Lopez, Cynthia (Perkins Coie)
**Sent:** Friday, September 11, 2015 5:15 PM
**To:** *NYC22TEAM
**Subject:** FW:

Good Afternoon,

I was out of the office this day and did not realize that no one responded to this request. I cannot express the importance of a timely request for help with assignments. If you are unable to provide assistance, please privately email me. Thank you for your assistance.

**Cynthia Lopez | Perkins Coie LLP**
ASSISTANT OFFICE ADMINISTRATOR
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com

PERKINSCOIE



Thirteen Consecutive Years on FORTUNE® Magazine's "100 Best Companies to Work For"™ 2015

---

**From:** Haider, Shan A. (Perkins Coie)
**Sent:** Friday, September 04, 2015 12:48 PM
**To:** *NYC22TEAM
**Cc:** Gavin, Chris (Perkins Coie)
**Subject:**

Is anyone available to help in touching up a few tables that I converted to word from PDF?

1

## Canada, Brenda  (Perkins Coie)

| | |
|---|---|
| **From:** | Canada, Brenda  (Perkins Coie) |
| **Sent:** | Monday, April 13, 2015 10:59 AM |
| **To:** | Lopez, Cynthia  (Perkins Coie); *Secretaries NYC |
| **Subject:** | RE: Project (Visitor Books) |

You can put me down for assistance with this project.

**Brenda Canada | Perkins Coie LLP**
LEGAL SECRETARY TO
MICHAEL SMITH | AGATHA LIU | NAKIA HUMPHREY |
CAROLINE CAMP | SAMEER PAI | TARYN BOLLERS
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6818
F. +1.212.399.8018
E. BCanada@perkinscoie.com
PerkinsCoie

---

**From:** Lopez, Cynthia (Perkins Coie)
**Sent:** Monday, April 13, 2015 10:38 AM
**To:** *Secretaries NYC
**Subject:** Project (Visitor Books)

Good Morning,

I hope you are all well.  I had a great visit in Seattle and returned with some new ideas that I would like to try and incorporate here in our office.  One of the items I would like to work on is revamping our Visitor books that we have the in the conference rooms and visitor's office.  That being said, please let me know if you are interested in taking on this project.

I have all of the templates, it would just need to be updated to reflect our office. If interested a couple of you may work on in this and take different sections.  My goal would be to roll it out by May 1st.  Looking forward to hearing from you.  Thanks.

**Cynthia Lopez | Perkins Coie LLP**
ASSISTANT OFFICE ADMINISTRATOR
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com
PerkinsCoie



Thirteen Consecutive Years on FORTUNE® Magazine's "100 Best Companies to Work For"™ 2015

1

Canada, Brenda  (Perkins Coie)

| | |
|---|---|
| From: | Lopez, Cynthia  (Perkins Coie) |
| Sent: | Monday, July 20, 2015 10:39 AM |
| To: | Canada, Brenda  (Perkins Coie) |
| Subject: | RE: Please Print for Domingo Such |

Thanks for assisting with this.

**Cynthia Lopez | Perkins Coie LLP**
ASSISTANT OFFICE ADMINISTRATOR
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6837
F. +1.212.399.8038
E. CLopez@perkinscoie.com
PerkinsCoie

 Thirteen Consecutive Years on FORTUNE® Magazine's "100 Best Companies to Work For"™ 2015

---

**From:** Canada, Brenda (Perkins Coie)
**Sent:** Friday, July 17, 2015 10:43 AM
**To:** Han, Jane H.Y. (Perkins Coie); *Reception NYC
**Cc:** Such, Domingo P. (Perkins Coie)
**Subject:** RE: Please Print for Domingo Such

I will do it.  He is sitting close to me.

**Brenda Canada | Perkins Coie LLP**
LEGAL SECRETARY TO
MICHAEL SMITH | AGATHA LIU | NAKIA HUMPHREY |
| SAMEER PAI | TARYN BOLLERS
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
D. +1.212.261.6818
F. +1.212.399.8018
E. BCanada@perkinscoie.com
PerkinsCoie

---

**From:** Han, Jane H.Y. (Perkins Coie)
**Sent:** Friday, July 17, 2015 10:41 AM
**To:** *Reception NYC
**Cc:** Such, Domingo P. (Perkins Coie)
**Subject:** Please Print for Domingo Such
**Importance:** High

Could you please print 1 copy of each of the attachments for Domingo (visitor office #2235)?  Thanks!

**Jane H.Y. Han | Perkins Coie LLP**
*Assistant to Domingo P. Such, III, Lucy K. Park and Gina F. Gray*
131 S. Dearborn Street Suite 1700
Chicago, IL 60603-5559
D. +1.312.324.8416

1