UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA E. CANADA,

        Plaintiff,

against

PERKINS COIE LLP,

        Defendant.

CIVIL ACTION NO.: 18 Civ. 11635 (JMF) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Settlement Conference scheduled for May 5, 2020 is rescheduled to **Thursday, June 18, 2020 at 2:00 pm** with settlement submissions due by **Friday, June 12, 2020**.

Dated:    New York, New York
           April 13, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**